UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>09-14007-CR-MOORE/MATTHEWMAN</u>

UNITED STATES OF AMERICA,

vs.

TODD JACKSON, JR.,
      Defendant.

_____/

# GOVERNMENT'S AGREED MOTION
# FOR CONTINUANCE OF FINAL VIOLATION
# <u>OF SUPERVISED RELEASE HEARING</u>

NOW COMES, the United States of America, by and through the undersigned Assistant United States Attorney, and hereby files this Agreed Motion to Continue the Final Hearing on the pending Violation of Supervised Release Petition currently scheduled for October 12, 2021, in the above-captioned matter.   The Violation of Supervised Release Petition pending against the defendant includes four violations, three of which are based upon a state case pending in Indian River County which initially charged the defendant with Burglary of an Occupied Dwelling, Battery by Strangulation, and Criminal Mischief over $1,000.   Shortly after the defendant's arrest the Indian River County State Attorney's Office no-filed the Burglary of an Occupied Dwelling and the Criminal Mischief over $1,000 charges.  On October 5, 2021, the parties learned that the Battery by Strangulation charge was *nolle prossed* by the Indian River State Attorney's Office.

The parties are jointly requesting a continuance of the final hearing for approximately thirty (30) days in order to allow the parties additional time to reach a resolution of the pending Violation of Supervised Release hearing in the above-captioned matter.

The undersigned has spoken with Mr. T. Charles Shafer, defense counsel for defendant,

Todd Jackson, Jr. who is in agreement with the continuance and joins in the request.

The undersigned respectfully submits that the continuance is not for the purposes of delay, but rather to provide the parties with an additional period of time to continue to work towards a resolution.

Respectfully Submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

By:  *Jennifer C. Nucci*
Jennifer C. Nucci (FL Bar No. 171700)
Assistant U.S. Attorney
jennifer.nucci@usdoj.gov
500 S. Australian Avenue, Suite 400
West Palm Beach, Florida 33401
TEL: (561) 820-8711
FAX: (561) 805-9846

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*Jennifer C. Nucci*
Jennifer C. Nucci (FL Bar No. 171700)
Assistant U.S. Attorney

<u>**SERVICE LIST**</u>

**UNITED STATES OF AMERICA vs. TODD JACKSON, JR.**
Case No. <u>09-14007-CR-MOORE</u>
United States District Court, Southern District of Florida

**Jennifer C. Nucci**
Assistant U.S. Attorney
jennifer.nucci@usdoj.gov
500 S. Australian Avenue, Suite 400
West Palm Beach, Florida 33401
TEL: (561) 820-8711
FAX: (561) 805-9846
Attorney for the Government
Method of Service: CM/ECF


**T. Charles Shafer**
tcspleadings@gmail.com
130 S. Indian River Dr., Suite 202
Fort Pierce, FL 34950
Telephone: 772-467-2601
Facsimile: 772-218-5699
Attorney for Defendant
Method of Service: ECF